UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. RANDLE, | 1:03-cv-06313-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14) |
| vs. | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANT** |
| EDWARD S. ALAMEIDA, et al., | |
| Defendants. | |

Plaintiff, Willie D. Randle ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 4, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed April 4, 2005,
8 are ADOPTED IN FULL;
9    2.   Plaintiff's Eighth Amendment medical claim, shower
10 restrictions, conspiracy and due process claims against
11 defendants Almeida, Calderon, White, Meadors, Johnson, and Reed
12 are DISMISSED from this action; and,
13    3.   This case is referred back to the Magistrate Judge for
14 further proceedings.
15    IT IS SO ORDERED.
16 **Dated:  May 31, 2005**              **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE