1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   WILLIE D.  RANDLE,                           CV F   03 6313 REC SMS P

10                 Plaintiff,                     ORDER DIRECTING CLERK OF COURT TO
                                                  RESERVE DOCUMENT #17 ("ORDER
11        v.                                      DIRECTING MARSHAL TO SERVE
                                                  PROCESS WITHOUT PREPAYMENT OF
12   EDWARD S.  ALAMEIDA,                         COSTS")

13                 Defendants.

14   _____/

15

16        Willie D.  Randle ("Plaintiff") is a state prisoner proceeding pro se and in forma

17   pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

18        On April 4, 2005, this Court issued Findings and Recommendations found a cognizable

19   excessive force claim against Defendants Cardenas and Miranda.  The Court subsequently issued

20   an Order Directing the U.S. Marshal to serve process without the prepayment of costs.  However,

21   it appears that the U.S. Marshal was provided only with a copy of the Amendment to the

22   Complaint (erroneously titled "Amended Complaint")[1] and not the original Complaint.  This

23   prompted a Request for Clarification filed by the Defendants on June 3, 2005.  Defendants state

24   that they only received a copy of the Amendment, however, it did not name either Cardenas or

25   Miranda as Defendants.

26

27        [1]The "Amendment to the Complaint" included B.G. White as a named Defendant in the action.  However,
     in the Findings and Recommendations, the Court found that Plaintiff did not state a cognizable claim against
28   Defendant White and dismissed White from the action.  The Court did find, however, that the original Complaint
     itself stated a cognizable excessive force claim against Defendants Cardenas and Miranda.

                                                 1

In light of the above, the Court HEREBY ORDERS:

1.    The Clerk of Court is DIRECTED to re-serve the U.S. Marshal with document #17 (Order Directing the U.S. Marshal to Serve Process without Prepayment of Costs) along with three copies of the Complaint (filed September 24, 2003) and the Amendment to the Complaint (filed October 6, 2003.)[2]

IT IS SO ORDERED.

**Dated:    June 21, 2005**                    **/s/ Sandra M. Snyder**
b6edp0                                              UNITED STATES MAGISTRATE JUDGE

---

[2]One copy for each Defendant and a copy for the U.S. Marshal.