# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. RANDLE, | CV F 03 6313 REC SMS P |
|     Plaintiff, | |
|   v. | ORDER DENYING MOTION TO COMPEL (Doc. 43.) |
| EDWARD S. ALAMEIDA, et. al., | |
|     Defendants. | |

    Willie D. Randle is ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On March 24, 2006, Plaintiff filed a Motion to Compel discovery. A review of the Court docket, however, reveals that the Court has not yet opened discovery in this case. Thus, Plaintiff's Motion to Compel is premature. As noted by Defendants in the Opposition filed on March 30, 2006, to the Motion to Compel, no discovery may be had until the Court issues a discovery order. See, Court Doc. 6, ¶ 7. The Court has not yet issued an Order opening discovery. As such, the Motion to Compel and any discovery conducted to date is premature. Accordingly, the Motion to Compel is DENIED.

IT IS SO ORDERED.

Dated:   April 5, 2006                 /s/ Sandra M. Snyder
b6edp0                                      UNITED STATES MAGISTRATE JUDGE