# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. RANDLE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEIDA, et. al.,<br><br>    Defendants.<br>_____/ | CV F   02 6313 REC SMS P<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN LODGED DOCUMENTS TO PLAINTIFF |

   Willie D. Randle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On December 26, 2006, Plaintiff submitted an Amended Complaint[1] to the Court which was lodged by the Clerk of Court.

   Rule 15 is clear in that a party may amend its pleadings *without leave of court* once as a matter of course at any time before a responsive pleading is served . "Otherwise, a pay may amend only by leave of court."  Rule 15(a), Fed.R.Civ.P.  Plaintiff was informed of this requirement on at least one prior occasion. See Doc. 32.  However, he did not seek leave to file the submitted Second Amended Complaint but instead merely submitted the Amended Complaint expecting it to be filed.

   Rule 7 of the Federal Rules of Civil Procedure requires that an application to the court for

---

[1] This would be Plaintiff's Second Amended Complaint, however, the submitted pleading erroneously indicates that it is an "Amend [sic] Complaint."

1

leave to file an amended complaint must "state with particularity the grounds therefor." Fed. R. Civ. P. 7(b)(1). As indicated above, as Plaintiff failed to seek leave to file the Second Amended Complaint, he provides no grounds to the Court as to why leave to amend should be granted and the Second Amended Complaint filed.

Accordingly, the Court HEREBY ORDERS:

1. The Clerk of Court is DIRECTED to return the lodged Amended Complaint submitted on December 26, 2006, to the Plaintiff.

IT IS SO ORDERED.

**Dated:   January 9, 2007**              /s/ Sandra M. Snyder
icido3                          UNITED STATES MAGISTRATE JUDGE