# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RANDLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALAMEIDA, et. al.,<br><br>　　　　Defendants.<br>_____ / | CV F   03-6313   OWW SMS P<br><br>ORDER GRANTING DEFENDANT'S MOTION TO STRIKE SURREPLY (Doc. 74.)<br><br>ORDER STRIKING SURREPLY FROM RECORD (Doc. 73.) |

　　Willie D. Randle is ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　On January 26, 2007, Defendants filed a Motion for Summary Judgment. Plaintiff filed an Opposition on March 1, 2007. On March 8, 2007, Defendants filed a Reply to the Opposition. Plaintiff filed a Surreply (titled "Plaintiff respond to Defendants Reply of Plaintiff Opposition for

1

1  Summary Judgment"). On April 5, 2007, Defendants moved to strike the Surreply from the
2  record.
3       The Local Rules authorize the filing of a motion, an opposition, and a reply. Local Rule
4  78-230(c), (d). However, neither the Local Rules nor the Federal Rules of Civil Procedure
5  provide the right to file a surreply, and the Court neither requested one from Plaintiff or granted
6  him permission to file one. See, Rule 56, Fed.R.Civ.P.
7       Accordingly, the Court HEREBY ORDERS:
8       1.     The Motion to Strike the Surreply is GRANTED; and
9       2.     The Surreply is STRICKEN from the record.

12  IT IS SO ORDERED.
13  **Dated:**    **April 10, 2007**            /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE