1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10
11  WILLIE RANDLE,                     1:03-cv-06313-LJO-SMS-P
12            Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                **RECOMMENDATIONS** (Doc. 77)
13  vs.
                                **ORDER GRANTING MOTION FOR**
14  ALAMEIDA, et al.,           **SUMMARY JUDGMENT** (Doc. 60)
15            Defendants.       **ORDER DISMISSING ACTION**
                    _____/
16

17       Plaintiff, Willie Randle ("plaintiff"), is a state prisoner
18  proceeding pro se and in forma pauperis in this civil rights
19  action pursuant to 42 U.S.C. § 1983.  The matter was referred to
20  a United States Magistrate Judge pursuant to 28 U.S.C.
21  § 636(b)(1)(B) and Local Rule 72-302.
22       On April 26, 2007, the Magistrate Judge filed Findings and
23  Recommendations herein which were served on the parties and which
24  contained notice to the parties that any objections to the
25  Findings and Recommendations were to be filed within thirty (30)
26  days.  On June 1, 2007, plaintiff filed objections to the
27  Magistrate Judge's Findings and Recommendations.
28  //

                                   1

1    In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed April 26, 2007,
8  are ADOPTED IN FULL;

9    2.   Defendants' motion for summary judgment, filed January
10  26, 2007, is GRANTED; and,

11    3.   This action is therefore DISMISSED.

12  IT IS SO ORDERED.

13  **Dated:   June 21, 2007**          _____/s/ Lawrence J. O'Neill_____
14                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28