# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RANDLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALAMEIDA, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. 1:03-cv-06313-LJO-SMS PC<br><br>ORDER DENYING REQUEST FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY AS INAPPLICABLE IN THIS ACTION<br><br>(Doc. 81) |

　　　Plaintiff Willie Randle ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 21, 2007, the Court granted defendants' motion for summary judgment and entered judgment in favor of defendants. On July 11, 2007, plaintiff filed a notice of appeal and a request for the issuance of a certificate of appealability pursuant to Federal Rule of Appellate Procedure 22(b).

　　　Rule 22(b) requires an applicant to obtain a certificate of appealability from the Court in order to appeal. However, the rule is applicable to habeas corpus and Section 2255 proceedings, not civil rights actions. It is unnecessary for plaintiff to obtain permission from the Court to appeal the judgment in favor of defendants, and his request for a certificate of appealability is HEREBY DENIED on that ground.

IT IS SO ORDERED.

**Dated:　July 12, 2007**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1